Robert D. Phillips, Jr. (SBN 82639)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080

Thomas A. Evans (SBN 202841)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Telephone: 510.763.2000
Facsimile: 510.273.8832

Attorneys for Defendant CVS Pharmacy, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FINK, et al., | No.: 2:08-cv-05058 FMC (RZx) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER |
| vs. | |
| NBTY, INC., et al., | |
| Defendants. | Honorable Florence Marie Cooper |

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulated Protective Order submitted by the parties in this action shall govern the exchange and use of documents and information in pretrial discovery and proceedings.

Dated: 8/14/09

U.S. Magistrate Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware